# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Virginia Boatright, | ) |
| Plaintiff, | ) ) ) |
| V. | ) Case No. 10-3430-CV-S-JTM |
| Michael J. Astrue, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On Friday, October 28, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed May 19, 2011 [Doc. 8] and the *Brief For Defendant*, filed June 30, 2011 [Doc. 9]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                          */s/ John T. Maughmer*
                                          **JOHN T. MAUGHMER**
                                          **U. S. MAGISTRATE JUDGE**